UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SHIN KIRBY,

    Plaintiff,

v.                                Case No. 5:25-cv-00112-JSM-PRL

THE DISTRICT BOARD OF
TRUSTEES OF THE COLLEGE
OF CENTRAL FLORIDA,

    Defendant.
_____

## NOTICE OF DESIGNATION OF LEAD COUNSEL

PLEASE TAKE NOTICE that Mark E. Levitt, Florida Bar No. 193190 of FordHarrison LLP, hereby enters his appearance as lead counsel and Sara K. Finnigan, Florida Bar No. 1032142 of FordHarrison LLP, hereby enter their appearance as co-counsel on behalf of Defendant, THE DISTRICT BOARD OF TRUSTEES OF THE COLLEGE OF CENTRAL FLORIDA, in the above-captioned case and requests that copies of all papers, e-filings, notices and, where appropriate, original documents are sent to the undersigned.

Respectfully Submitted,

By: /s/ Mark E. Levitt
    Mark E. Levitt
    Fla. Bar No. 193190
    Email: mlevitt@fordharrison.com
    Sara K. Finnigan
    Fla. Bar No. 1032142
    Email: sfinnigan@fordharrison.com
    FORD & HARRISON LLP
    300 S. Orange Avenue, Suite 1300
    Orlando, Florida 32801
    (407) 418–2325 Telephone
    (407) 418–2327 Facsimile
    *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send a copy to: Lisa Scheibly, Spielberger Law Group, 4890 W. Kenndy Blvd., Ste. 950, Tampa, FL 33609, lisa.scheibly@spielbergerlawgroup.com.

/s/ Mark E. Levitt
Mark E. Levitt

WSActiveLLP:114303390.1