# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

SHIN KIRBY,

    Plaintiff,

v.                                Case No. 5:25-cv-00112-JSM-PRL

THE DISTRICT BOARD OF
TRUSTEES OF THE COLLEGE
OF CENTRAL FLORIDA,

    Defendant.

_____

## DEFENDANT'S NOTICE OF RELATED ACTION

    In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    *Shin Kirby v. College of Central Florida*, EEOC Charge No. 510-2024-01384, filed on or around November 8, 2023.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Respectfully Submitted,

By: /s/ Mark E. Levitt
   Mark E. Levitt
   Fla. Bar No. 193190
   Email: mlevitt@fordharrison.com
   Sara K. Finnigan
   Fla. Bar No. 1032142
   Email: sfinnigan@fordharrison.com
   FORD & HARRISON LLP
   300 S. Orange Avenue, Suite 1300
   Orlando, Florida 32801
   (407) 418–2325 Telephone
   (407) 418–2327 Facsimile
   *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send a copy to: Lisa Scheibly, Spielberger Law Group, 4890 W. Kenndy Blvd., Ste. 950, Tampa, FL 33609, lisa.scheibly@spielbergerlawgroup.com.

/s/ Mark E. Levitt
Mark E. Levitt

2