**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

SHIN KIRBY,

    Plaintiffs,

v.                                                                Case No. 5:25-CV-00112-JSM-PRL

THE DISTRICT BOARD OF
TRUSTEES OF THE COLLEGE
OF CENTRAL FLORIDA,

    Defendants.

_____

**Uniform Case Management Report**

The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

1. **Date and Attendees**

   > The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

   The parties conducted the planning conference on 6/27/2025. Lisa Scheibly, Spielberger Law Group, Plaintiff's Counsel and Mark E. Levitt and Sara K. Finnigan, FordHarrison LLP, Defendant's Counsel attended the conference.

2. **Deadlines and Dates**

   The parties request these deadlines and dates:

   | Action or Event | Date |
   | --- | --- |
   | Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 7/9/2025 |

| | | |
|---|---|---|
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | | 8/1/2025 |
| Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B). | Plaintiff | 1/7/2026 |
| | Defendant | 2/25/2026 |
| | Rebuttal | 3/11/2026 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | | 4/1/2026 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | | N/A |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | | 6/3/2026 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4.<br><br>Marlene Quintana, 333 SE 2nd Ave Ste 3200<br>Miami, FL 33131<br>305-416-6880 | | 4/22/2026 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | | 9/11/2026 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | | 9/18/2026 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | | 9/25/2026 |
| Month and year of the trial term. | | 10/5/2026 |

The trial will last approximately 4 days and be

☒ jury.

☐ non-jury.

3. **Description of the Action**

   **Plaintiff alleges that Defendant discriminated and retaliated against her in violation of the Family and Medical Leave Act, the Americans with Disabilities Act, Title VII of the Civil Rights Act, and the Florida Civil Rights Act. Plaintiff**

2

**also claims that Defendant interfered with her rights under the FMLA. Defendant denies liability and denies that any unlawful, discriminatory, retaliatory conduct occurred.**

4. **Disclosure Statement**

   ☒ Each party has filed a disclosure statement using the required form.

5. **Related Action**

   ☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6. **Consent to a Magistrate Judge**

   > "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).
   >
   > The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

   ☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

   ☒ The parties do not consent.

7. **Preliminary Pretrial Conference**

   ☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

   ☐ The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

8. **Discovery Practice**

   > The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

   ☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

   The parties submit the following discovery plan under Rule 26(f)(2):

   A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

      ☒ Yes.
      ☐ No; instead, the parties agree to these changes: enter changes.

   B. Discovery may be needed on these subjects: Plaintiff's employment and performance at, and separation from Defendant; Plaintiff's alleged complaint(s) to Defendant regarding any unlawful treatment; Plaintiff's mitigation efforts, if any; third party discovery. In addition, discovery will be needed on Defendant's defenses in this case. The parties may need discovery on additional subjects, to be determined.

   C. Discovery should be conducted in phases:

      ☒ No.
      ☐ Yes; describe the suggested phases.

   D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

      ☒ No.
      ☐ Yes; describe the issue(s).

   E. ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

4

F.  The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

☐  No.

☒  Yes; The parties agree to the limitations governing discovery as permitted by the Federal and Local Rules except as follows: Discovery requests will be served via e-mail in .pdf (and Microsoft Word, if requested) format. Service of an original or by hand delivery is not required. Responses to discovery will be served via e-mail in .pdf format. Documents responsive to a Request to Produce will be: Served via e-mail or large file transfer system in .pdf format (unless the nature of the document prevents adequate conversion to .pdf format.) All parties provide consent that e-mail is an acceptable method of serving litigation papers regarding discovery and all other matters pursuant to Fed. R. Civ. P. 5(b)(2)(E). Documents, including any electronic discovery, will be produced in .pdf format. Electronic discovery need not be produced in its native format unless the authenticity of a particular document becomes an issue. The parties further stipulate to a 10-calendar day waiting period for the service of subpoenas duces tecum.

## 10. Request for Special Handling

☒  The parties do not request special handling.

☐  The parties request special handling. Specifically, describe requested special handling.

☐  Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

## 11. Certification of familiarity with the Local Rules

☒  The parties certify that they have read and are familiar with the Court's Local Rules.

## 12. Signatures

/s/ *Lisa Scheibly*  
Lisa Scheibly  
FL Bar No. 1010110  
Spielberger Law Group  
4890 W. Kennedy Blvd.

/s/ *Mark E. Levitt*  
Mark E. Levitt  
Florida Bar No. 193190  
E-mail: mlevitt@fordharrison.com  
Sara K. Finnigan

5

Suite 950
Tampa, FL 33609
Tel. (800) 965-1570 ext. 157
Fax (866) 580-7499
Lisa.scheibly@spielberglawgroup.com
*Attorneys for Plaintiff*

Florida Bar No. 1032142
E-mail: sfinnigan@fordharrison.com
FORD & HARRISON LLP
300 South Orange Ave., Suite 1300
Orlando, FL 32801
(407) 418-2300 Telephone
(407) 418-2327 Facsimile
*Attorneys for Defendant*